564 A.2d 160

**COMMONWEALTH of Pennsylvania**

v.

**Michael Louis SILVERMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1989.

Decided Oct. 6, 1989.

Michael J. Healey, Healey, Davidson & Hornack, Pittsburgh, for appellant.

511

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Michael W. Streily, Asst. Dist. Atty., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and FLAHERTY and ZAPPALA, JJ., dissent and would decide the appeal on its merits.